WHETHER THE MILITARY JUDGE ABUSED HIS DISCRETION WHEN HE FAILED TO INSTRUCT THE PANEL MEMBERS THAT WRONGFUL SEXUAL CONTACT AND ASSAULT CONSUMMATED BY BATTERY ARE LESSER–INCLUDED OFFENSES OF AGGRAVATED SEXUAL ASSAULT.

No briefs will be filed under Rule 25.

No. 14–0256/AR. U.S. v. Jeffry T. Miller. CCA 20110406. [See also APPEALS—SUMMARY DISPOSITIONS this date]

No. 14–0071/AR. U.S. v. Travis D. Jones. CCA 20110679. Appellant's motion to file a corrected brief is granted.

No. 14–0461/AR. U.S. v. Stephen M. Chapman. CCA 20120740. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including April 18, 2014*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 14–0463/AR. U.S. v. Bryan S. Cerritos. CCA 20120192. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *up to and including April 23, 2014*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 14–0487/AR. U.S. v. Cecil Saddler, Jr. CCA 20110676. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 21, 2014.

No. 14–0489/AR. U.S. v. O'Neal G. Davidson. CCA 20120103. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 23, 2014.